Case 1:04-cv-00625-JFM     Document 1     Filed 03/15/04     Page 1 of 8

*JFM-04-625*

## 12BN, RULE16, CLOSED

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:03-cv-04855-JCL-MF
## Internal Use Only

GARFIELD, et al v. BANC OF AMERICA CAP, et al

Assigned to: Judge John C. Lifland
Referred to: Magistrate Judge Mark Falk
Demand: $0
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 10/14/03
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

FILED
LODGED
MAR 1 5
CLERK U.S. DISTRICT OF
AT BAL
BY
RT
DEPUTY

## Plaintiff

----------------------

**ROBERT GARFIELD**     represented by     **ARTHUR PENN**
PELLETTIERI, RABSTEIN AND ALTMAN
100 NASSAU PARK BOULEVARD
SUITE 111
PRINCETON, NJ 08540
(609) 520-0900
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office

ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By .........................
Deputy Clerk

**RONALD D. WEINER**     represented by     **ARTHUR PENN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant
-----------------------

**BANC OF AMERICA CAPITAL MANAGEMENT, LLC**
*TERMINATED: 11/18/2003*

represented by **DAVID J. SHEEHAN**
GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE, PC
ONE RIVERFRONT PLAZA

NEWARK, NJ 07102-5496
(973) 596-4500
*TERMINATED: 11/18/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JANUS CAPITAL CORPORATION**

represented by **ROBERT H. BELL**
GIBSON, DUNN & CRUTCHER, LLP
200 PARK AVENUE
NEW YORK, NY 10166-0193
(212) 351-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**STRONG CAPITAL MANAGEMENT, INC.**

represented by **SHAWN LUNNEY KELLY**

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI
HEADQUATERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN, NJ 07962-

1981
973-538-0800
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**CANARY CAPITAL**
**PARTNERS , LLC**

represented by **WILLIAM E. GOYDAN**
WOLFF & SAMSON, PC
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052
(973) 325-1500
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**CANARY CAPITAL**
**PARTNERS, LTD.**

represented by **WILLIAM E. GOYDAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**JANUS MERCURY FUND,**
*Nominal Defendant*

**JANUS TWENTY FUND,**
*nominal Defendant*

**JANUS OLYMPUS FUND,**
*Nominal Defendant*

**JANUS INVESTMENT**
**FUND SPECIAL EQUITY**
**FUND,** *Nominal defendant*

**JANUS ORIOS FUND,**
*Nominal Defendant*

**JANUS 2 FUND,** *nominal*
**Defendant**

**STRONG EQUITY FUNDS**
**II INC.,** *Nominal Defendant*

**MULTICAP VALUE FUND-GROWTH MIDCAP,** *Nominal Defendant*

**STRONG OPPORTUNITY FUND, INC.,** *Nominal Defendant*

**STRONG EQUITY FUNDS, INC.,** *Nominal Defandant*

**STRONG EQUITY FUNDS INC. TECHNOLOGY 100 FUND,** *Nominal Defendant* *TERMINATED: 11/18/2003*

**STRONG EQUITY FUNDS INC. US EMERGING GROWTH,** *Nominal Defendant* *TERMINATED: 11/18/2003*

**STRONG SHORT TERM INCOME,** *Nominal Defendant*

**STRONG ADVANTAGE FUND-ULTRA SHORT TERM BOND FUND,** *Nominal defendant*

**NATIONS FUND INC. INTERNATIONAL VALUE FUND,** *Nominal Defendant* *TERMINATED: 11/18/2003*

**STRONG EQUITY FUNDS INC. ENTERPRISE FUND**

*TERMINATED: 11/18/2003*

## CANARY INVESTMENT MANAGEMENT, LLC,

| Filing Date | # | Docket Text |
|---|---|---|
| 10/14/2003 | 1 | NOTICE OF REMOVAL by BANC OF AMERICA CAP,NATIONS INTERNATIONAL VALUE FUND, JANUS CAPITAL GROUP, INC., STRONG CAPITAL MANAGEMENT, INC., CANARY CAPITAL PARTNERS, LLC, CANARY INVESTMENT MANAGEMENT, LLC, CANARY CAPITAL PARTNERS, LTD. FILING FEE $ 150.00 RECEIPT # 319059 (dr) (Entered: 10/17/2003) |
| 10/14/2003 | 3 | CERTIFICATION of pursuant to Rule 11.2 on behalf of BANC OF AMERICA CAPITAL MANAGMENT LLC (bl) (Entered: 10/20/2003) |
| 10/14/2003 | 4 | STATEMENT by Fed. R. Civ. P. 7.1 BANC OF AMERICA CAPITAL MANAGEMENT (bl) (Entered: 10/20/2003) |
| 10/14/2003 | 5 | CERTIFICATE OF SERVICE by BANC OF AMERICA CAP Service Re: [1-1] removal notice, [4-1] statement, [3-1] certification (bl) (Entered: 10/20/2003) |
| 10/15/2003 | 7 | Consent and Joiner in notice of Removal, by Nominal Defendants, Strong Advantage Fund, Inc. Strong Equity Funds, Inc. Strong Equity Funds II, Inc. Strong Income Funds, Inc. Strong Opportunity Funds, Inc. w/certf of service. (JB) Modified on 10/21/2003 (Entered: 10/21/2003) |

| 10/17/2003 | 2 | NOTICE of Allocation and Assignment filed. ( NEWARK - Judge LIFLAND - Magistrate Judge FALK) (NM) (dr) (Entered: 10/17/2003) |
|---|---|---|
| 10/20/2003 | 6 | Letter-ORDER, setting scheduling conference for 2:30 12/4/03 ( signed by Magistrate Judge Mark Falk ) (NM) (jd) (Entered: 10/20/2003) |
| 10/21/2003 | 8 | Notice of MOTION to stay proceedings pending a transfer decision by the Judicial Panel on MDL by JANUS CAPITAL CORP, Motion set for 11/24/03 on [8-1] motion w/cert of service attached (Brief/PO Subm) (jd) (Entered: 10/22/2003) |
| 10/21/2003 | 9 | Rule 7.1 Corporate STATEMENT by JANUS CAPITAL CORP (jd) (Entered: 10/22/2003) |
| 10/27/2003 | 10 | CONSENT ORDER, extending time , setting answer due for 11/19/03 for BANC OF AMERICA CAP ( signed by Magistrate Judge Mark Falk ) (NM) (jd) (Entered: 10/28/2003) |
| 10/31/2003 | 11 | STIPULATION & ORDER, extending time , answer due for 12/1/03 for STRONG CAPITAL MANAG ( signed by Magistrate Judge Mark Falk ) (sr) (Entered: 11/03/2003) |
| 11/03/2003 | 12 | STIPULATION & ORDER, extending time for pltfs to respond to Stay Motion to 12/10/03 ( signed by Judge John C. Lifland ) (NM) (sr) (Entered: 11/05/2003) |
| 11/04/2003 | | **Added party MARY ELLEN RYAN (JB) (Entered: 11/06/2003) |
| 11/04/2003 | 13 | Notice of MOTION for appoitment of lead plaintiff, and consolidation and lead counsel and liaison counsel. by MARY ELLEN RYAN, Motion set for |

| | | |
|---|---|---|
| | | 12/8/03 on [13-1] motion w/certf of service. (Brief/PO Subm) (JB) (Entered: 11/06/2003) |
| 11/04/2003 | 14 | CERTIFICATION of RICHARD A. SPEIRS on behalf of MARY ELLEN RYAN Re: in support of [13-1] motion for appoitment of lead plaintiff, and consolidation and lead counsel and liaison counsel. (JB) (Entered: 11/06/2003) |
| 11/05/2003 | | **Added party RETIREMENT DESIGN AND MANAGEMENT INC. (bl) (Entered: 11/13/2003) |
| 11/05/2003 | 16 | Notice of MOTION to consolidate cases, appoint lead pltf. and for approval of proposed lead pltf's selection of lead counsel by RETIREMENT DESIGN AN, Motion set for 12/8/03 on [16-1] motion and cert. of service . (Brief/PO Subm) (bl) (Entered: 11/13/2003) |
| 11/07/2003 | 15 | NOTICE of Response by BANC OF AMERICA CAP re: pltf. Maggi's mot. for transfer . (response brief w/attached exhibits sub.) (mn) Modified on 11/10/2003 (Entered: 11/10/2003) |
| 11/12/2003 | 17 | AMENDED COMPLAINT by ROBERT GARFIELD, RONALD D. WEINER , amending against ENTERPRISE FUND, STRONG SHORT TERM IN w/jury trial demand. (JB) (Entered: 11/18/2003) |
| 11/18/2003 | | **Terminated party STRONG SHORT TERM IN, party RETIREMENT DESIGN AN, party MARY ELLEN RYAN, party STRONG EQUITY FUNDS, party NATIONS FUND INC., party US MERGING GROWTH, party STRONG EQUITY FUNDS, party BANC OF AMERICA CAP (JB) (Entered: 11/18/2003) |
| | | |

Case 1:04-cv-00625-JFM     Document 1     Filed 03/15/04     Page 8 of 8

| | | |
|---|---|---|
| 11/18/2003 | | **Added party U.S. MERGING GROWTH, SHORT TERM BOND (JB) (Entered: 11/18/2003) |
| 12/01/2003 | 18 | PROOF OF SERVICE of copy of The Strong Respondents' Opposition and Memo of Law to Pltfs' Motions Consolidating and Appointing Lead Pltfs and Lead Counsel (cs) (Entered: 12/04/2003) |
| 12/01/2003 | 19 | CERTIFICATION of JOHN R. VALES on behalf of dfts., Strong Capital Management, Inc. w/cert of svc attached thereto (Brief submitted) (cs) Modified on 12/08/2003 (Entered: 12/08/2003) |
| 12/24/2003 | | Copy of MDL Notice of MOTION to transfer and centralization case , Motion [0-1] motion (Brief) w/certsvc. (cs) (Entered: 12/27/2003) |
| 12/27/2003 | | **Terminated document (cs) (Entered: 12/27/2003) |
| 01/16/2004 | ●20 | Letter from Bernstein, Letowitz,Berger & Grossmann, LLP. re filing with MDL Panel motion to transfer, brief, exhibits and cert of service. (bl, ) (Entered: 01/26/2004) |
| 02/20/2004 | ●21 | Certified Copy of MDL Conditional Transfer ORDER transferring case to the District of Maryland (ak, ) (Entered: 03/11/2004) |
| 03/11/2004 | ● | ***Civil Case Terminated. (ak, ) (Entered: 03/11/2004) |